
Case 2:21-cv-02259-MCE-CKD   Document 12   Filed 08/17/22   Page 1 of 4

ROB BONTA, State Bar No. 202668
Attorney General of California
JODI L. CLEESATTLE, State Bar No. 230537
Supervising Deputy Attorney General
MELISSA A. LEWIS, State Bar No. 282579
Deputy Attorney General
  600 West Broadway, Suite 1800
  San Diego, CA 92101
  P.O. Box 85266
  San Diego, CA 92186-5266
  Telephone: (619) 738-9160
  Fax: (619) 645-2581
  E-mail: Melissa.Lewis@doj.ca.gov
*Attorneys for Defendant*
*California Department of Health Care Services*

Andrea Rosa
THE ROSA LAW GROUP
9300 W. Stockton Blvd. Suite 111
Elk Grove, CA 95758
916-647-9425
andrea.rosa@therosalawgroup.com
*Attorney for Plaintiff Sara Granda*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **SARA GRANDA,**<br><br>                                Plaintiff,<br><br>          v.<br><br>**CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES, a public entity, and DOES 1 through 10, Inclusive,**<br><br>                                Defendants. | 2:21-cv-02259-MCE-CKD<br><br>**STIPULATION AND ORDER TO STAY LITIGATION AND CONTINUE THE DATES IN THE INITIAL PRETRIAL SCHEDULING ORDER**<br><br>Courtroom:   7<br>Judge:         Honorable Morrison C. England, Jr.<br>Trial Date:    Not Set<br>Action Filed: September 8, 2021 |

/ / /

/ / /

1

1. The "Parties," Plaintiff, Sara Granda, and Defendant, California Department Healthcare Services, by and through their attorneys of record, hereby stipulate to stay this litigation for six months and correspondingly continue the dates in the Initial Pretrial Scheduling Order [ECF No. 3].

2. This stipulation is supported by good cause, specifically, Plaintiff is a quadriplegic who is fully dependent on a ventilator, Plaintiff has not ability to breathe on her own. Plaintiff has been in and out of the Intensive Care Unit of the University of California San Francisco starting on April 29, 2022. Plaintiff's Disability and the ongoing hospital admissions are to repair her ventilator condition that would allow her to breathe on her own without the aid of the ventilator.

3. These series of hospitalizations and anticipated surgeries have resulted in her inability to participate in the litigation. For example, Plaintiff has been unable to provide responses to written discovery propounded on April 12, 2012. The discovery cut off is currently December 15, 2022.

4. In July 2022, Plaintiff was hospitalized in the Intensive Care Unit and has several surgeries scheduled that will render her unable to meaningfully participate in discovery. Thus, the Parties have agreed that a six month stay is necessary to allow time for Plaintiff to recover and participate in discovery in this case.

5. Within 30 days of the stay Plaintiff will do the following:

    a. Provide responses to written discovery served on April 12, 2022, specifically: Defendant California Department of Health Care Services' First Set of Interrogatories to Plaintiff Sara Granda and Defendant California Department of Health Care Services' First Set of Request for Production of Documents to Plaintiff Sara Granda.

    b. After the parties meet and confer on the subpoenaed medical records, Plaintiff will sign and return the Authorization for the Release of Information so that Defendant can obtain medical records important to this litigation.

    c. Provide five dates for Plaintiff's deposition to take place within 60 days of the end of the stay, but following the service of the written discovery responses.

    d. Provide an assurance that Plaintiff is capable of meaningfully participating

2

Stipulation and Order to Stay Litigation and Continue the Date in the Initial Pre-Trial Scheduling Order (2:21-cv-02259-MCE-CKD)

1  in discovery.  If Plaintiff is still unable to meaningfully participate, the Parties will meet
2  and confer regarding an additional stay and continuance.
3   6. The policy of the Court has been to enforce stipulations entered into voluntarily
4  and in the absence of any mistake of fact.  *In re Four Winds Enterprises, Inc*., 87 B.R. 624, 630
5  (Bankr. S.D. Cal. 1988).  Further, a trial court has the inherent authority to control its own docket
6  and calendar, and the trial court's primary justification for the stay was that it would conserve
7  judicial resources. *Landis v. North American Co*., 299 U.S. 248, 254–55 (1936).  Here, this stay
8  and continuance seek to prevent a motion to compel discovery and other motions regarding
9  Plaintiff's inability to participate in this litigation, and thus, it will conserve judicial resources.
10   7. All Parties to this matter have stipulated to this stay and continuance.
11   8. All Parties agree that a six-month stay of litigation and a six-month continuance of
12  dates in the Initial Pretrial Scheduling Order, will not result in prejudice to either party in this action.
13  Now, therefore, IT IS HEREBY STIPULATED by and between both Parties to this action
14  that litigation be stayed for six months and the dates in the Initial Pretrial Scheduling Order, be
15  continued a corresponding six months.
16  **SO STIPULATED.**

3

Stipulation and Order to Stay Litigation and Continue the Date in the Initial Pre-Trial Scheduling Order (2:21-cv-02259-MCE-CKD)

Dated August 2, 2022                             Respectfully submitted,

                                                                                                                                                                                                                                                                                                                                                                                                                                   

ROB BONTA
Attorney General of California
JODI L. CLEESATTLE
Supervising Deputy Attorney General


MELISSA A. LEWIS
Deputy Attorney General III
*Attorneys for Defendants*
*California Department of Health Care Services*

Dated:  August 2, 2022                          **THE ROSA LAW GROUP**


By: _____
    Andrea Rosa, Esq.
    Attorneys for Plaintiff
    *Sara Granda*


**ORDER**

Pursuant to the Stipulation submitted by the Parties and good cause found therein, the Court hereby ORDERS that the litigation be stayed for six months and the dates in the Initial Pretrial Scheduling Order [ECF No. 3], be continued a corresponding six months.

IT IS SO ORDERED.

DATED: August 17, 2022

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

4

Stipulation and Order to Stay Litigation and Continue the Date in the Initial Pre-Trial Scheduling Order (2:21-cv-02259-MCE-CKD)