UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA GRANDA,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF HEALTH SERVICES,<br><br>    Defendant. | No. 2:21-cv-02259-MCE-CKD<br><br>**ORDER** |

Plaintiff Sara Granda ("Plaintiff") initiated this action in Sacramento County Superior Court against Defendant California Department of Health Services ("Defendant") seeking to recover for injuries sustained under California's Fair Employment and Housing Act and the federal Americans with Disabilities Act. Defendant removed the case to this Court in December 2021. Presently before the Court are Plaintiff's Motion to Amend Complaint and Remand (ECF No. 13) and Defendant's Motion to Compel Discovery Response and Request for Sanctions (ECF No. 17). For the following reasons, Plaintiff's Motion is GRANTED, and Defendant's Motion is DENIED as moot.[1]

///

---

[1] Because oral argument would not be of material assistance, the Court ordered this matter submitted on the briefs. See E.D. Cal. Local R. 230(g).

1

In Plaintiff's Motion to Amend and Remand, she seeks leave to amend her complaint to dismiss the federal claims and remand the state claims to the state court for adjudication.  Plaintiff's Motion for Leave to Amend (ECF No. 13) is hereby GRANTED.  The proposed Second Amended Complaint, also filed at ECF No. 13, is deemed filed contemporaneously with this Order.  The federal causes of action having been dismissed, the Court declines to exercise supplemental jurisdiction over Plaintiff's remaining state law claims, and hereby REMANDS this action to the Sacramento County Superior Court.  Defendant's Motion to Compel and for Sanctions (ECF No. 17) is DENIED as moot.

IT IS SO ORDERED.

Dated:  April 12, 2023

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE